UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G/R MEEKER STREET LLC,

    Plaintiff,

    v.

EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US,

    Defendant.

Case No. C20-1061RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On July 9, 2020, plaintiff filed this action in federal court alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. *See* 28 U.S.C. § 1332(a) (establishing that the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . \$75,000 . . . and is between . . . citizens of different States."). "For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete diversity of citizenship between the parties opposed in interest." *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181 (9th Cir. 2004) (internal citation omitted). In examining whether complete diversity is present, the citizenship of a limited liability company is determined by examining the citizenship of the owners/members. *See Johnson v. Columbia Props.*

ORDER TO SHOW CAUSE - 1

*Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

      Plaintiff has not alleged the citizenship of each owner/member of either party, and its conclusory allegation of the LLCs' citizenship is insufficient to meet its burden of establishing the basis of the Court's jurisdiction. *See Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990) ("The party asserting jurisdiction has the burden of proving all jurisdictional facts"); Fed R. Civ. P. 12(h)(3) ("If the Court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action"). As a result, plaintiff is ORDERED TO SHOW CAUSE why the Court should not dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) by providing the Court with the citizenship of all of the owners/members of both parties at the time the complaint was filed, by July 24, 2020. The Clerk of the Court is directed to place this order to show cause on the Court's calendar for that date.

Dated this 13th day of July, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2