UNITED SATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G/R MEEKER STREET LLC,<br><br>                        Plaintiff,<br><br>      v.<br><br>EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US,<br><br>                        Defendant. | Case No. 2:20-cv-01061<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |

This matter comes before the Court on the parties' stipulated motion to extend the deadline to answer the complaint.

On August 7, 2020, the parties submitted the instant stipulation requesting that the deadline to answer or otherwise respond to the Complaint in the above captioned action be extended for a total of 21 days to September 2, 2020.

IT IS SO ORDERED.

Dated this 10th day of August, 2020.

*/s/ Robert S. Lasnik*
HON. ROBERT. S. LASNIK
U.S. DISTRICT COURT JUDGE

- 1

BEVERIDGE & DIAMOND, P.C.
600 University Street, Suite 1601
Seattle, WA 98101
(206) 315-4800

1  *Presented by:*

2  **STOEL RIVES, LLP**

3  s/Maren Norton
   Maren Norton, WSBA #35435
4  Alexandra Kleeman, WSBA #44163
   600 University Street, Suite 3600
5  Seattle, WA 98101
6  Telephone: 206.624.0900
   Email: Maren.norton@stoel.com
7  Email: Alexandra.kleeman@stoel.com

8  *Attorneys for Plaintiff*

9

10  **BEVERIDGE AND DIAMOND, P.C.**

11  s/Allyn L. Stern
    Allyn L. Stern, WSBA #55270
12  Loren R. Dunn, WSBA #17135
    Tracy Y. Williams, WSBA #35239
13  600 University St., Ste. 1601
14  Seattle, WA 98101
    Telephone: 206-620-3027
15  Telephone: 206-315-4810
    Telephone: 206-315-4820
16  Email: astern@bdlaw.com
    Email: ldunn@bdlaw.com
17  Email: twilliams@bdlaw.com

18  *Attorneys for Defendant*

19

20

21

22

23

24

25

26

- 2