UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G/R MEEKER STREET LLC,

    Plaintiff,

    v.

EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US,

    Defendant.

Case No. C20-1061RSL

ORDER OF DISMISSAL

    On July 13, 2020, the Court ordered plaintiff to provide the citizenship of each owner/member of the parties, both of which are limited liability corporations, in order to establish that federal jurisdiction exists. *See* 28 U.S.C. § 1332(a) (the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

    Plaintiff's response (Dkt. # 7) is insufficient. It states that its two members are also LLCs and that one of defendant's members is an LLC, but does not provide enough

ORDER OF DISMISSAL - 1

information for the Court to ascertain the citizenship of those members.[1] Because a federal court is to presume "that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction" (*Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted)), the Court must dismiss a case in which the burden has not been met for lack of the statutory or constitutional power to adjudicate the case (*Pistor v. Garcia*, 791 F.3d 1104, 1111 (9th Cir. 2015)).

The above-captioned matter is therefore DISMISSED without prejudice.

Dated this 18th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

---

[1] The exhibits attached to the declaration of counsel identify two individuals as governors of GRE Meeker Street, LLC, one of the two members of plaintiff G/R Meeker Street LLC, but do not identify the state in which they reside. Dkt. # 8-4 at 1.

ORDER OF DISMISSAL - 2